UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :

RONALD PLAZA,                                                    :
                                                                :
                                   Petitioner                   :          24-CV-03175 (JAV)
                                                                :
                -v-                                             :          ORDER
                                                                :
SUPERINTENDENT ROSEMARIE WENDLAND,                              :
                                                                :
                                   Respondent.                  :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On July 5, 2024, Respondent filed a motion to dismiss the petition for a writ of habeas corpus pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  (ECF No. 6).  In its May 22, 2024 Order (ECF No. 5), the Court directed the Petitioner to file and serve any reply paper within thirty days from the date Petitioner was served with Respondent's answer.  Because Petitioner is proceeding pro se, Petitioner shall be given additional time to respond.  Accordingly, it is hereby

ORDERED that Petitioner must file his opposition to the motion to dismiss by **February 17, 2025.**  If the Petitioner does not file an opposition to the motion by that date, the Respondent's motion to dismiss will be considered unopposed and may result in the dismissal of the petition.

Further, the Respondent's time to answer the petition for writ of habeas corpus is stayed pending the Court's decision on the motion to dismiss.

SO ORDERED.

Dated: December 18, 2024
      New York, New York                              _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge